# United States Court of Appeals
## For the First Circuit

No. 19-1207

UNITED STATES,

Appellee,

v.

CARLOS MARTINEZ-BERMUDEZ,

Defendant - Appellant.

Before

Howard, <u>Chief Judge</u>,
Lynch and Thompson, <u>Circuit Judges</u>.

**JUDGMENT**

Entered: December 10, 2019

    Defendant-Appellant Carlos Martinez-Bermudez appeals the district court's denial of a "petition for rehearing/reconsideration" addressed to the district court's earlier denial of Defendant-Appellant's motions invoking Fed. R. Civ. P. 60(b) and the All Writs Act. Those earlier motions were attempted challenges to Defendant-Appellant's 2002 carjacking conviction and life sentence. The government has moved for summary disposition, and briefing has been stayed pending adjudication of that motion. Defendant-Appellant has filed an appellate brief and an opposition to the government's motion. In his opposition, Defendant-Appellant included a motion for judgment of default against the government for failing to timely submit an appellate brief and a motion to appoint counsel. These motions are **DENIED.**

    After reviewing the arguments of the parties and relevant portions of the record, it appears that "no substantial question" is presented for appellate review. Local Rule 27.0(c). For substantially the reasons set out in the government's motion for summary disposition, we conclude that affirmance is in order. <u>See generally</u> <u>United States</u> v. <u>Gonzalez-Rodriguez</u>, 777 F.3d 37, 41 (1st Cir. 2015) ("'[t]here is simply no such thing as a 'motion to reconsider' an otherwise final sentence . . . .'") (<u>quoting</u> <u>United States</u> v. <u>Ortiz</u>, 741 F.3d 288, 292 n.2 (1st Cir. 2014)). The government's motion for summary disposition pursuant to Local Rule 27.0(c) is **GRANTED,** and we **AFFIRM**.

By the Court:

Maria R. Hamilton, Clerk

cc:
Julia Meconiates
Jose A. Ruiz-Santiago
Mariana E. Bauza Almonte
Carlos Martinez-Bermudez