# United States Court of Appeals
## For the First Circuit

No. 19-1207

UNITED STATES,

Appellee,

v.

CARLOS MARTINEZ-BERMUDEZ,

Defendant - Appellant.

**MANDATE**

Entered: December 31, 2019

    In accordance with the judgment of December 10, 2019, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Mariana E. Bauza Almonte
Carlos Martinez-Bermudez
Julia Meconiates
Jose A. Ruiz-Santiago